IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN BARROW, IV** and **KIMBERLEE BARROW**, | ) ) ) |
| **Plaintiffs**, | ) Case No. 13-CV-563-NJR-PMF |
| vs. | ) ) ) |
| **TEMPER FABRICATORS, LLC**, | ) ) |
| **Defendant**. | ) |

## JUDGMENT IN A CIVIL ACTION

This action was tried by a jury with Judge Nancy J. Rosenstengel presiding, and the jury has rendered a verdict.

**IT IS ORDERED** that **Plaintiff John Barrow IV** recover from **Defendant Temper Fabricators, LLC** in the amount of $310,000.00 on his claim of negligence and **Plaintiff Kimberlee Barrow** recover from **Defendant Temper Fabricators, LLC** in the amount of $10,000.00 on her loss of consortium claim.

**DATED:  April 24, 2015**

                                          **JUSTINE FLANAGAN, Acting Clerk**

                                          **By: s/ Deana Brinkley**
                                               **Deputy Clerk**

**APPROVED: s/ Nancy J. Rosenstengel**
                    **NANCY J. ROSENSTENGEL**
                    **United States District Judge**